| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
RNB Merchandise, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names  
DBA  A & H Supply

**3. Debtor's federal Employer Identification Number (EIN)**  
82-2076080

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 107 South Chase Blvd. Suite A  Fountain Inn, SC 29644 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Greenville | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.rnbmerchandise.com

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **RNB Merchandise, LLC**    Case number (*if known*)
　　　Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4561__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **RNB Merchandise, LLC** _____ Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **RNB Merchandise, LLC** _____ Case number (*if known*)_____
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **RNB Merchandise, LLC**  Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 3, 2023**
MM / DD / YYYY

X **/s/ Brandon Ruder**          **Brandon Ruder**
Signature of authorized representative of debtor          Printed name

Title  **Sole Member**

**18. Signature of attorney**

X **/s/ Robert Pohl**          Date **August 3, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Robert Pohl**
Printed name

**Pohl, P.A.**
Firm name

**P.O. Box 27290**
**Greenville, SC 29616**
Number, Street, City, State & ZIP Code

Contact phone **864-233-6294**    Email address **Robert@POHLPA.com**

**80001 SC**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

Fill in this information to identify the case:
Debtor name: **RNB Merchandise, LLC**
United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 8FIG<br>1717 West 6th Street<br>Suite 335<br>Austin, TX 78703 | | | | | | $292,000.00 |
| Amazon Lending<br>aka Amazon<br>P.O. Box 81226<br>Seattle, WA 98108-1226 | | | | | | $250,000.00 |
| American Express<br>World Financial Center<br>200 Vesey Street<br>New York, NY 10285 | | Credit card purchases | | | | $40,000.00 |
| Bank of America<br>100 North Tyron Street<br>Charlotte, NC 28255 | | Credit card purchases | | | | $40,000.00 |
| Bank of America<br>100 North Tyron Street<br>Charlotte, NC 28255 | | Automobile | | $17,750.38 | $0.00 | $17,750.38 |
| Bluevine<br>401 Warren Street<br>Redwood City, CA 94063 | | | | | | $72,000.00 |
| Chase Bank<br>LA4-7200<br>700 Kansas Lane<br>Monroe, LA 71203 | | Credit card purchases | | | | $4,000.00 |
| First Bay Financial<br>700 Central Avenue<br>Saint Petersburg, FL 33701 | | 3 SBA Loans | | | | $415,135.05 |

Debtor **RNB Merchandise, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HVB Bank aka First Citizens Community Bank 15 South Main Street Mansfield, PA 16933** | | | | | | $250,000.00 |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | | | | | $103,102.05 |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Withholding Taxes** | | | | $8,847.04 |
| **Libertas 411 West Putnam Avenue Suite 220 Greenwich, CT 06830** | | | | | | $260,000.00 |
| **Marcus P.O. Box 45400 Salt Lake City, UT 84145-0400** | | | | | | $275,544.33 |
| **PIRS 1688 Meridian Avenue Suite 700 Miami Beach, FL 33139** | | | | | | $470,000.00 |
| **SC DEW Document Control-Bankruptcy P.O. Box 995 Columbia, SC 29202-0995** | | **Withholding Taxes** | | | | $1,685.11 |
| **SellersFunding aka Sellersfi 1290 Weston Road Suite 306 Fort Lauderdale, FL 33326** | | | | | | $425,000.00 |

Debtor **RNB Merchandise, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stag Industrial** <br>**1 Federal Street** <br>**Floor 23** <br>**Boston, MA 02110** | | | | | | **$22,000.00** |
| **U.S. Small Business Administration Disaster Assistance Processing and Disbursement Center** <br>**14925 Kingsport Road** <br>**Fort Worth, TX 76155** | | | | | | **$50,000.00** |
| **Umpqua** <br>**1 SW Columbia Street** <br>**Portland, OR 97204** | | | | | | **$395,000.00** |
| **US Equipment** <br>**1310 Madrid Street** <br>**Marshall, MN 56258** | | | | | | **$45,000.00** |

# United States Bankruptcy Court
### District of South Carolina

In re **RNB Merchandise, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brandon Ruder**<br>**22 Brookhaven Way**<br>**Simpsonville, SC 29681** | **Voting & Distributional** | **100%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 3, 2023**

Signature **/s/ Brandon Ruder**  
**Brandon Ruder**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re **RNB Merchandise, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy  
(number of sheets submitted _____)

(c) **X** electronic version filed via CM/ECF

Date: **August 3, 2023**

/s/ Brandon Ruder  
**Brandon Ruder**  
Signature of Debtor  
/s/ Robert Pohl  
Signature of Attorney  
**Robert Pohl**  
**Pohl, P.A.**  
**P.O. Box 27290**  
**Greenville, SC 29616**  
**864-233-6294**  
Typed/Printed Name/Address/Telephone

**80001 SC**  
District Court I.D. Number

```
8FIG
1717 WEST 6TH STREET
SUITE 335
AUSTIN TX 78703


ABIGAIL HOPKINS
910 DAVENPORT ROAD
SIMPSONVILLE SC 29680


ADONAS SULLIVAN
304 BLUE HERON CIRCLE
SIMPSONVILLE SC 29680


AETNA HEALTHCARE
2000 RIVEREDGE PARKWAY
ATLANTA GA 30328


ALIEN FINANCE, LLC
5830 E 2ND STREET
SUITE 7000
#5788
CASPER WY 82609


ALLEN FINANCE, LLC
5830 EAST 2ND STREET
SUITE 7000
#5788
CASPER WY 82609


AMAZON LAW OFFICE FOR HOLD ON ACCOUNT
920 FIFTH AVENUE
SUITE 3300
SEATTLE WA 98104


AMAZON LENDING
AKA AMAZON
P.O. BOX 81226
SEATTLE WA 98108-1226


AMERICAN EXPRESS
WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK NY 10285
```

```
ANGELA PERRY
6 RAISINWOOD DRIVE
SIMPSONVILLE SC 29681


ANNA JACKSON
1035 CROSS ANCHOR ROAD
WOODRUFF SC 29388


ANTHONY SURIANO
227 MAREFAIR LANE
SIMPSONVILLE SC 29680


ASHLEE S. WARE
1127 RUTHERFORD ROAD
APARTMENT 22
GREENVILLE SC 29609


ASHLEY JEFFREY
208 HILL STREET
NEW SALEM PA 15468


BANK OF AMERICA
100 NORTH TYRON STREET
CHARLOTTE NC 28255


BANK OF AMERICA
P.O. BOX 45224
JACKSONVILLE FL 32232-5224


BLUEVINE
401 WARREN STREET
REDWOOD CITY CA 94063


BRANDON RUDER
22 BROOKHAVEN WAY
SIMPSONVILLE SC 29681


CHASE BANK
LA4-7200
700 KANSAS LANE
MONROE LA 71203


CHERYL E. FRANKLIN
190 RHONDA LANE
GRAY COURT SC 29645-3056
```

```
CLAUDIA SUTTON
16844 HWY 76 W
GRAY COURT SC 29645


CRYSTAL MYERS
105 CIRCLE DRIVE
GREER SC 29650-2325


DAVIS WRIGHT TREMAINE, LLP
C/O GREG JOHNSON
SUITE 3300
920 FIFTH AVENUE
SEATTLE WA 98104-1610


EILEEN C. WALLACE
416 IRBY AVENUE EXT.
LAURENS SC 29360


FIRST BANK
2204 AUGUSTA STREET
GREENVILLE SC 29605


FIRST BAY FINANCIAL
700 CENTRAL AVENUE
SAINT PETERSBURG FL 33701


GEICO
ATTN: REGION 3 UNDERWRITING
PO BOX 9105
MACON GA 31208-9105


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


HATTIE LADSON
25 KENTWOOD LANE
PIEDMONT SC 29673


HVB BANK
AKA FIRST CITIZENS COMMUNITY BANK
15 SOUTH MAIN STREET
MANSFIELD PA 16933
```

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


IZABELLA GRAULAU
58 OPEN RANGE LANE
SIMPSONVILLE SC 29681


JACOB CROCKER
1510 EAST YELLOW WOOD DRIVE
SIMPSONVILLE SC 29680


JASMINE WYNN
17 E. GIBSON AVENUE
PORTERVILLE CA 93257


JONATHAN BRANYON
13301 BAUM PLACE
SIMPSONVILLE SC 29680


KIMBERLY J. WORD
113 LYNN AVENUE
LAURENS SC 29360


LAURENS COUNTY TREASURER
P.O. BOX 1049
LAURENS SC 29360-1049


LEA DARMATI
260 PELHAM ROAD A3
GREENVILLE SC 29615


LEONARD SARTOR
7 BATES LAKE COURT
FOUNTAIN INN SC 29644


LIBERTAS
411 WEST PUTNAM AVENUE
SUITE 220
GREENWICH CT 06830


MARCUS
P.O. BOX 45400
SALT LAKE CITY UT 84145-0400
```

```
MELISSA BYARS
275 WHITE LILLIE FARM ROAD
MOORE SC 29369


NOAH CROUSE
493 FOX RUN TRAIL
WOODRUFF SC 29388


PAYCHEX RISK MANAGEMENT
8215 FOREST POINT BLVD.
CHARLOTTE NC 28273


PIRS
1688 MERIDIAN AVENUE
SUITE 700
MIAMI BEACH FL 33139


RILEY STEELE
59 DAVIS DRIVE
WARE SHOALS SC 29692


RUSSELL FLOYD
224 WEST YELLOW WOOD DRIVE
SIMPSONVILLE SC 29680


RYAN OLIVER
206 BROUGHTON DRIVE
GREENVILLE SC 29609


S.C. DEPARTMENT OF REVENUE AND TAXATION
OFFICE OF GENERAL COUNSEL
300A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210


SAMANTHA STEELE
101 HENDERSON LANE
LAURENS SC 29360-3129


SC DEW
DOCUMENT CONTROL-BANKRUPTCY
P.O. BOX 995
COLUMBIA SC 29202-0995
```

```
SELLERSFUNDING
AKA SELLERSFI
1290 WESTON ROAD
SUITE 306
FORT LAUDERDALE FL 33326


STAG INDUSTRIAL
1 FEDERAL STREET
FLOOR 23
BOSTON MA 02110


STEVEN GOMEZ
410 KEATING STREET
UNIT 6119
MORRISVILLE NC 27560


THE HARTFORD
BUSINESS SERVICE CENTER
3600 WISEMAN BLVD.
SAN ANTONIO TX 78251


THOMAS D. STEELE
1632 WHAM LAWN ROAD
GRAY COURT SC 29645


TIMOTHY A. FEUSSE
113 DORIAN DRIVE
SIMPSONVILLE SC 29680-3145


TIMOTHY SAXON
17 SACO STREET
GREENVILLE SC 29611


TYLER STEELE
101 HENDERSON LANE
LAURENS SC 29360


TYRIS SMITH
516 GOLDSMITH ROAD
SIMPSONVILLE SC 29681


U.S. SMALL BUSINESS ADMINISTRATION
DISASTER ASSISTANCE
PROCESSING AND DISBURSEMENT CENTER
14925 KINGSPORT ROAD
FORT WORTH TX 76155
```

```
UMPQUA
1 SW COLUMBIA STREET
PORTLAND OR 97204


US EQUIPMENT
1310 MADRID STREET
MARSHALL MN 56258


VERDANT CAPITAL
9987 CARVER ROAD
SUITE 100
CINCINNATI OH 45242
```

# United States Bankruptcy Court
## District of South Carolina

In re  **RNB Merchandise, LLC**　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **RNB Merchandise, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brandon Ruder**
**22 Brookhaven Way**
**Simpsonville, SC 29681**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August  3, 2023** | **/s/ Robert Pohl** |
| Date | **Robert Pohl** |
| | Signature of Attorney or Litigant |
| | Counsel for  **RNB Merchandise, LLC** |
| | **Pohl, P.A.** |
| | **P.O. Box 27290** |
| | **Greenville, SC 29616** |
| | **864-233-6294 Fax:864-558-5291** |
| | **Robert@POHLPA.com** |