**Fill in this information to identify the case:**

Debtor name **RNB Merchandise, LLC**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) **23-02298**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 30, 2023**          X */s/ Brandon Ruder*
                                                 Signature of individual signing on behalf of debtor

                                                 **Brandon Ruder**
                                                 Printed name

                                                 **Sole Member**
                                                 Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **RNB Merchandise, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | **23-02298** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amazon Lending aka Amazon P.O. Box 81226 Seattle, WA 98108-1226** | | **90 days or less: Amazon Capital Services** | | $230,378.10 | $458,951.41 | $63,426.69 |
| **American Express World Financial Center 200 Vesey Street New York, NY 10285** | | **Credit card purchases** | | | | $40,000.00 |
| **Bank of America 100 North Tyron Street Charlotte, NC 28255** | | **Credit card purchases** | | | | $40,000.00 |
| **BayFirst National Bank c/o Robert C. Byrd, Esq. Parker Poe Adams ^ Bernstein, LLC 850 Morrison Drive, Suite 400 Charleston, SC 29403** | | **90 days or less: Amazon Capital Services** | | $102,643.32 | $458,951.41 | $102,643.32 |
| **BayFirst National Bank c/o Robert C. Byrd, Esq. Parker Poe Adams ^ Bernstein, LLC 850 Morrison Drive, Suite 400 Charleston, SC 29403** | | **90 days or less: Amazon Capital Services** | | $154,093.02 | $458,951.41 | $154,093.02 |

| Debtor | **RNB Merchandise, LLC** | | | Case number *(if known)* | **23-02298** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BayFirst National Bank c/o Robert C. Byrd, Esq. Parker Poe Adams ^ Bernstein, LLC 850 Morrison Drive, Suite 400 Charleston, SC 29403** | | **90 days or less: Amazon Capital Services** | | **$149,644.60** | **$458,951.41** | **$149,644.60** |
| **Brewer 3702 Prairie Lake Court Aurora, IL 60504** | | **Vendor Supplies** | | | | **$9,105.53** |
| **Clover 1441 South Carlos Avenue Ontario, CA 91761** | | **Vendor Supplies** | | | | **$19,445.91** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Withholding Taxes** | | | | **$8,847.04** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **2021 Income Tax** | | | | **$103,102.05** |
| **KEHE Distributors PO Box 32082 New York, NY 10087-2082** | | **Vendor Supplies** | | | | **$18,999.43** |
| **Libertas Funding, LLC 411 West Putnam Avenue Suite 220 Greenwich, CT 06830** | | | | | | **$260,000.00** |
| **Notions Marketing 517 Crofton Street SE Grand Rapids, MI 49507** | | **Vendor Supplies** | | | | **$26,156.32** |

| Debtor | **RNB Merchandise, LLC** | | Case number *(if known)* | **23-02298** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Paychex Risk Management 8215 Forest Point Blvd. Charlotte, NC 28273** | | **Wages Paid** | | | | **$23,177.19** |
| **PIRS 1688 Meridian Avenue Suite 700 Miami Beach, FL 33139** | | **Merchant Cash Advances** | | **$319,752.15** | **$0.00** | **$319,752.15** |
| **Redheart 320 Livingston Avenue South Listowel, ON N4W 0C9 Canada** | | **Vendor Supplies** | | | | **$9,674.80** |
| **Stag Industrial 1 Federal Street Floor 23 Boston, MA 02110** | | | | | | **$22,000.00** |
| **U.S. Small Business Administration Disaster Assistance Processing and Disbursement Center 14925 Kingsport Road Fort Worth, TX 76155** | | | | | | **$50,000.00** |
| **Umpqua 1 SW Columbia Street Portland, OR 97204** | | **100% Membership Interests in Ruder Ventures, LLC** | | **$395,000.00** | **$100.00** | **$394,900.00** |
| **Verdant Commercial Capital, LLC 9987 Carver Road Suite 100 Cincinnati, OH 45242** | | **LEASED EQUIPMENT:**<br><br>**2021 Linde MT18 Electric Pallet Jack (VIN: AT1133Y00352/2021)**<br>**2021 Internal Combustion Hydro Linde H25T SN: H21202Y01265** | | **$40,000.00** | **$0.00** | **$40,000.00** |

**Fill in this information to identify the case:**

Debtor name   **RNB Merchandise, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **23-02298**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $      **2,663,630.42**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $      **2,663,630.42**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      **2,768,805.90**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $      **136,811.39**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$      **530,291.09**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b

   $      **3,435,908.38**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name **RNB Merchandise, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA |
| Case number (if known) **23-02298** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Peoples Bank Account**<br>**Negative Balance (-$200.00)** | **Business Checking** | 0841 | $0.00 |
| 3.2. | **Bank of America - Inventory Growth Account**<br>**Negative Balance (-$3,656.38)** | **Business Checking** | 0220 | $0.00 |
| 3.3. | **Bank of America - Business Advantage Relationship** | **Business Checking** | 6886 | $5,233.51 |
| 3.4. | **First Bank - Business Advantage**<br>**Negative Balance (-$490.30)** | **Business Checking** | 0048 | $0.00 |
| 3.5. | **Unity Community Bank - Business Freedom Checking**<br>**Negative Balance (-$2,067.63)** | **Business Checking** | 5147 | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $5,233.51

Debtor   **RNB Merchandise, LLC**                                    Case number *(If known)*  **23-02298**
_____
Name

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

7.1.  **Rental Security Deposit  to Stag Industrial Holdings, LLC, c/o Stag Industrial, Inc., One
      Federal Street, 23rd Floor, Boston, MA 02110, Attn: General Counsel**                    **$45,568.50**

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                                  **$45,568.50**
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.       **Accounts receivable**

11a. 90 days old or less:     **458,951.41**   -          **0.00**  = ....          **$458,951.41**
                            face amount              doubtful or uncollectible accounts

11a. 90 days old or less:        **800.00**   -          **0.00**  = ....             **$800.00**
                            face amount              doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                                  **$459,751.41**
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |

| Debtor | **RNB Merchandise, LLC** | | | Case number *(If known)* **23-02298** | |
|---|---|---|---|---|---|
| | Name | | | | |

| **Inventory List - Available Upon Request** | 08/02/2023 | $0.00 | Recent cost | $2,000,000.00 |
|---|---|---|---|---|

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

| | $2,000,000.00 |
|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**1 Conference Table, 8 Desks, 16 Chairs, Sofa, 2 Kitchen Tables, 4 Kitchen Chairs, and 3 Shelves.** | $0.00 | | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Canon Copier C257iF subject to lease | $0.00 | | $0.00 |
| | **2 TVs, 30 Monitors, 15 Computers, 10 Keyboards, 10 Mice, 2 Non-operational printers, 2 Vacuums, 2 Fans** | $0.00 | | $2,000.00 |
| | **2021 Electric Pallet Jack (Serial No. AT1133Y30098/2021)**<br>**Item Wrapping Machine (Serial No. 75912, Part No. 943-000065)** | $0.00 | | $2,000.00 |

| Debtor | **RNB Merchandise, LLC** | Case number *(If known)* **23-02298** |
|---|---|---|
| | Name | |

**LEASED EQUIPMENT:**

| | | |
|---|---|---|
| **2021 Linde MT18 Electric Pallet Jack (VIN: AT1133Y00352/2021)** **2021 Internal Combustion Hydro Linde H25T SN: H21202Y01265** | $0.00 | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $4,500.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2018 Alfa Romeo Giulia, VIN ZARFAECN6J7596550** | $0.00 | Appraisal | $21,377.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **2023 800-12 Single Web V Machine aka Buble Bag Machine (Serial No. 812-221919-0123/Part Number 800-12)** **2022 Ingersoll Rand Electric Compressor Heat Shrink Tunnel (Serial No. 96355/Part Number 986-000172)** **Bagging Machine (Serial Number: SX-17L-1166-02-10)** **6750 Automation L Sealer, Mushroom Blade 6750, Infeed Conveyor 6800 CS, 6750EL Casters, Clamco 6T Tunnel 230 VAR Blower, and 6T Infeed, Exit Transfer Conveyor** | $0.00 | | $40,000.00 |
|---|---|---|---|

| Debtor | **RNB Merchandise, LLC** | Case number *(If known)* **23-02298** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Pallet Racking: 10 Frames, 40 Beams and 40 Wire Decks** | $0.00 | | $3,000.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $64,377.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** **Domain: www.rnbmerchandise.com** | $0.00 | | $100.00 |
| **62.**  **Licenses, franchises, and royalties** | | | |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| **64.**  **Other intangibles, or intellectual property** | | | |
| **65.**  **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $100.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

| Debtor | **RNB Merchandise, LLC** | Case number *(If known)* **23-02298** |
|--------|--------------------------|----------------------------------------|
| | Name | |

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Employee Retention Credits prepared and submitted by:**<br>**Bottom Line Services**<br>**3323 NE 163rd Street**<br>**Suite 302**<br>**North Miami, FL 33160**        Tax year | **$84,000.00** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **100% Membership Interests in Ruder Ventures, LLC** | **$100.00** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$84,100.00** |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **RNB Merchandise, LLC** | Case number *(If known)* **23-02298** |
|---|---|---|
| | Name | |

---

<span style="background:black;color:white">Part 12:</span> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,233.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $45,568.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $459,751.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $64,377.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $84,100.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,663,630.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,663,630.42 |

**Fill in this information to identify the case:**

Debtor name   **RNB Merchandise, LLC**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  **23-02298**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **8FIG**<br>Creditor's Name<br>**1717 West 6th Street**<br>**Suite 335**<br>**Austin, TX 78703**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**90 days or less: Amazon Capital Services** | **$292,000.00** | **$458,951.41** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe the lien
**UCC-1 Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. 8FIG**
**2. Amazon Lending**
**3. BayFirst National Bank**
**4. BayFirst National Bank**
**5. BayFirst National Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Amazon Lending**<br>Creditor's Name<br>**aka Amazon**<br>**P.O. Box 81226**<br>**Seattle, WA 98108-1226**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**90 days or less: Amazon Capital Services** | **$230,378.10** | **$458,951.41** |

Creditor's email address, if known

**Date debt was incurred**

Describe the lien
**UCC-1 Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **RNB Merchandise, LLC**                                          Case number (if known)   **23-02298**
_____
Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Bank of America** | Describe debtor's property that is subject to a lien | $17,750.38 | $21,377.00 |
|---|---|---|---|---|

Creditor's Name

**100 North Tyron Street
Charlotte, NC 28255**

Creditor's mailing address

**2018 Alfa Romeo Giulia, VIN
ZARFAECN6J7596550**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **BayFirst National Bank** | Describe debtor's property that is subject to a lien | $102,643.32 | $458,951.41 |
|---|---|---|---|---|

Creditor's Name

**c/o Robert C. Byrd, Esq.
Parker Poe Adams ^
Bernstein, LLC
850 Morrison Drive, Suite
400
Charleston, SC 29403**

Creditor's mailing address

**90 days or less: Amazon Capital Services**

Describe the lien
**UCC-1 Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **BayFirst National Bank** | Describe debtor's property that is subject to a lien | $154,093.02 | $458,951.41 |
|---|---|---|---|---|

---

Debtor    **RNB Merchandise, LLC**
_____
Name

Case number (if known)    **23-02298**
_____

---

Creditor's Name
**c/o Robert C. Byrd, Esq.
Parker Poe Adams ^
Bernstein, LLC
850 Morrison Drive, Suite
400
Charleston, SC 29403**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**
_____

**90 days or less: Amazon Capital Services**
_____

**Describe the lien**
**UCC-1 Lien**
_____
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **BayFirst National Bank** | | $149,644.60 | $458,951.41 |
|---|---|---|---|---|

Creditor's Name
**c/o Robert C. Byrd, Esq.
Parker Poe Adams ^
Bernstein, LLC
850 Morrison Drive, Suite
400
Charleston, SC 29403**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**
_____

**Describe debtor's property that is subject to a lien**
**90 days or less: Amazon Capital Services**
_____

**Describe the lien**
**UCC-1 Lien**
_____
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Bluevine, Inc.** | | $72,000.00 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name
**401 Warren Street
Redwood City, CA 94063**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Inventory List - Available Upon Request**
_____

**Describe the lien**
**UCC-1 Lien**
_____
**Is the creditor an insider or related party?**
☑ No
☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | Case number *(if known)* | **23-02298** |
|---|---|---|---|
| | Name | | |

---

| | | Is anyone else liable on this claim? |
|---|---|---|

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|

Check all that apply

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

■ Disputed

**1. Marcus**
**2. SellersFunding**
**3. Bluevine, Inc.**
**4. OUIBY, Inc.**
**5. Huntingdon Valley Bank**

---

| 2.8 | **Huntingdon Valley Bank** | **Describe debtor's property that is subject to a lien** | $250,000.00 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Inventory List - Available Upon Request**

**aka First Citizens**
**Community Bank**
**15 South Main Street**
**Mansfield, PA 16933**

Creditor's mailing address

**Describe the lien**

**UCC-1 Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Specified on line 2.7**

---

| 2.9 | **Marcus** | **Describe debtor's property that is subject to a lien** | $275,544.33 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Inventory List - Available Upon Request**

**P.O. Box 45400**
**Salt Lake City, UT**
**84145-0400**

Creditor's mailing address

**Describe the lien**

**UCC-1 Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 0 | **OUIBY, Inc.** | | Describe debtor's property that is subject to a lien | **$0.00** | **$2,000,000.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | **Inventory List - Available Upon Request** | | |

**PO Box 21584**
**Boulder, CO 80308**

Creditor's mailing address

Describe the lien
**UCC-1 Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **PIRS** | | Describe debtor's property that is subject to a lien | **$319,752.15** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | **Merchant Cash Advances** | | |

**1688 Meridian Avenue**
**Suite 700**
**Miami Beach, FL 33139**

Creditor's mailing address

Describe the lien
**UCC-1 Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **SellersFunding** | | Describe debtor's property that is subject to a lien | **$425,000.00** | **$2,000,000.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | **Inventory List - Available Upon Request** | | |

**aka Sellersfi**
**1290 Weston Road**
**Suite 306**
**Fort Lauderdale, FL 33326**

Creditor's mailing address

Describe the lien

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

UCC-1 Lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.7** | ☐ Disputed |

---

| 2.1 3 | **U.S. Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $45,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**2023 800-12 Single Web V Machine aka Buble Bag Machine (Serial No. 812-221919-0123/Part Number 800-12)**
**2022 Ingersoll Rand Electric Compressor Heat Shrink Tunnel (Serial No. 96355/Part Number 986-000172)**
**Bagging Machine (Serial Number: S**

**1310 Madrid Street**
**Marshall, MN 56258**

Creditor's mailing address

**Describe the lien**

UCC-1 Lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **Umpqua** | Describe debtor's property that is subject to a lien | $395,000.00 | $100.00 |
|---|---|---|---|---|

Creditor's Name

**1 SW Columbia Street**
**Portland, OR 97204**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**100% Membership Interests in Ruder Ventures, LLC**

**Describe the lien**

UCC-1 Lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Verdant Commercial Capital, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $40,000.00 | $0.00 |
| | | **LEASED EQUIPMENT:** | | |

**9987 Carver Road
Suite 100
Cincinnati, OH 45242**

Creditor's mailing address

**2021 Linde MT18 Electric Pallet Jack (VIN: AT1133Y00352/2021)
2021 Internal Combustion Hydro Linde H25T SN: H21202Y01265**

**Describe the lien**
**UCC-1 Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,768,805.90** |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alien Finance, LLC
5830 E 2nd Street
Suite 7000
#5788
Casper, WY 82609** | Line  **2.1** | |
| **Amazon Capital Services, Inc.
410 Terry Avenue North
Seattle, WA 98109** | Line  **2.2** | |
| **Amazon Law Office For Hold on Account
920 Fifth Avenue
Suite 3300
Seattle, WA 98104** | Line  **2.2** | |

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Amber Ferrol, AVP, Special Assets**<br>**BayFirst National Bank**<br>**700 Central Aveue**<br>**Saint Petersburg, FL 33701** | Line __**2.4**__ |
| **Amber Ferrol, AVP, Special Assets**<br>**BayFirst National Bank**<br>**700 Central Aveue**<br>**Saint Petersburg, FL 33701** | Line __**2.5**__ |
| **Amber Ferrol, AVP, Special Assets**<br>**BayFirst National Bank**<br>**700 Central Aveue**<br>**Saint Petersburg, FL 33701** | Line __**2.6**__ |
| **Bank o America**<br>**P.O. Box 31785**<br>**Tampa, FL 33631-3785** | Line __**2.3**__ |
| **Bank of America**<br>**PO Box 15312**<br>**Wilmington, DE 19850-5312** | Line __**2.3**__ |
| **BayFirst National Bank**<br>**Attn: SBA Servicing Department**<br>**700 Central Avenue**<br>**Suite 100**<br>**Saint Petersburg, FL 33701** | Line __**2.4**__ |
| **BayFirst National Bank**<br>**Attn: SBA Servicing Department**<br>**700 Central Avenue**<br>**Suite 100**<br>**Saint Petersburg, FL 33701** | Line __**2.5**__ |
| **BayFirst National Bank**<br>**Attn: SBA Servicing Department**<br>**700 Central Avenue**<br>**Suite 100**<br>**Saint Petersburg, FL 33701** | Line __**2.6**__ |
| **C T Corporation, as representative**<br>**330 North Brand Blvd.**<br>**Suite 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** | Line __**2.4**__ |
| **C T Corporation, as representative**<br>**330 North Brand Blvd.**<br>**Suite 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** | Line __**2.5**__ |
| **C T Corporation, as representative**<br>**330 North Brand Blvd.**<br>**Suite 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** | Line __**2.6**__ |
| **Celtic Bank Corporation**<br>**268 South State Street**<br>**Suite 300**<br>**Salt Lake City, UT 84111** | Line __**2.7**__ |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 9

| Debtor | RNB Merchandise, LLC | Case number (if known) | 23-02298 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Davis Wright Tremaine, LLP**<br>**c/o Greg Johnson**<br>**Suite 3300**<br>**920 Fifth Avenue**<br>**Seattle, WA 98104-1610** | Line _2.1_ | 0928 |
| **Fasanara Capital Ltd**<br>**40 New Bond Street**<br>**W1S2RX**<br>**London, IT** | Line _2.12_ | |
| **Fasanara Securitisation S.A.**<br>**Acting on behalf of Its Compartment L**<br>**36-38 Grand-Rue**<br>**Grand Duchy of Luxembourg, LUX**<br>**L-1660** | Line _2.12_ | |
| **First Home Bank**<br>**9190 Seminole Blvd**<br>**Seminole, FL 33772** | Line _2.4_ | |
| **First Home Bank**<br>**9190 Seminole Blvd**<br>**Seminole, FL 33772** | Line _2.5_ | |
| **First Home Bank**<br>**9190 Seminole Blvd**<br>**Seminole, FL 33772** | Line _2.6_ | |
| **Huntingdon Valley Bank**<br>**1388 West Street Road**<br>**Warminster, PA 18974** | Line _2.8_ | |
| **Michael J. Gearin**<br>**K&L Gates LLP**<br>**925 Fourth Avenue, Suite 2900**<br>**Seattle, WA 98104** | Line _2.2_ | |
| **PIRS Capital, LLC**<br>**c/o Foster & Wolkind, P.C.**<br>**80 Fifth Avenue, Suite 1401**<br>**New York, NY 10011** | Line _2.11_ | |
| **SellersFunding Corp**<br>**450 Lexington Avenue**<br>**4th Floor**<br>**New York, NY 10017** | Line _2.12_ | |
| **Umpqua Bank**<br>**7777 Alvarado Road**<br>**Suite 501**<br>**La Mesa, CA 91942** | Line _2.14_ | |
| **Verdant Commercial Capital, LLC**<br>**4540 Cooper Road**<br>**Suite 305**<br>**Cincinnati, OH 45242** | Line _2.15_ | |

**Fill in this information to identify the case:**

Debtor name __**RNB Merchandise, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) __23-02298__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Greenville County Tax Collector**<br>**301 University Ridge**<br>**Suite 700**<br>**Greenville, SC 29601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**\*\*Notice Purposes Only\*\*** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$103,102.05** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**2021 Income Tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **RNB Merchandise, LLC** | | Case number (if known) | **23-02298** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,847.04** | **$8,847.04** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Laurens County Treasurer**
**P.O. Box 1049**
**Laurens, SC 29360-1049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**\*\*Notice Purposes Only\*\***

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,177.19** | **$0.00** |
|---|---|---|---|---|

**Paychex Risk Management**
**8215 Forest Point Blvd.**
**Charlotte, NC 28273**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**S.C. Department of Revenue and**
**Taxation**
**Office of General Counsel**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**\*\*Notice Purposes Only\*\***

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,685.11** | **$0.00** |
|---|---|---|---|---|

**SC DEW**
**Document Control-Bankruptcy**
**P.O. Box 995**
**Columbia, SC 29202-0995**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Withholding Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abigail Hopkins**
**910 Davenport Road**
**Simpsonville, SC 29680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adonas Sullivan**
**304 Blue Heron Circle**
**Simpsonville, SC 29680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,200.00** |
|---|---|---|---|

**Aetna Healthcare**
**2000 Riveredge Parkway**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Healthcare Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allen Finance, LLC**
**5830 East 2nd Street**
**Suite 7000**
**#5788**
**Casper, WY 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **\*\*Notice Purposes Only\*\***

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**American Express**
**World Financial Center**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | | Case number (if known) | **23-02298** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Angela Perry**
**6 Raisinwood Drive**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Anna Jackson**
**1035 Cross Anchor Road**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Anthony Suriano**
**227 Marefair Lane**
**Simpsonville, SC 29680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Ashlee S. Ware**
**1127 Rutherford Road**
**Apartment 22**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Ashley Jeffrey**
**208 Hill Street**
**New Salem, PA 15468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
| --- | --- | --- | --- |

**Bank of America**
**100 North Tyron Street**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Bank of America**
**P.O. Box 45224**
**Jacksonville, FL 32232-5224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Auto Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brandon Ruder**
**22 Brookhaven Way**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,105.53**

**Brewer**
**3702 Prairie Lake Court**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,499.78**

**BWI Company**
**564 Gilliam Road**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Chase Bank**
**LA4-7200**
**700 Kansas Lane**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Checkers**
**400 West Dussel Drive**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Supplies - Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheryl E. Franklin**
**190 Rhonda Lane**
**Gray Court, SC 29645-3056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Claudia Sutton**
**16844 Hwy 76 W**
**Gray Court, SC 29645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,445.91** |
|---|---|---|---|

**Clover**
**1441 South Carlos Avenue**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Crystal Myers**
**105 Circle Drive**
**Greer, SC 29650-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eileen C. Wallace**
**416 Irby Avenue Ext.**
**Laurens, SC 29360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GEICO**
**ATTN: Region 3 Underwriting**
**PO Box 9105**
**Macon, GA 31208-9105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Auto Insurance Premiums__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Harris Teller**
**7400 South Mason Avenue**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor Supplies - Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hattie Ladson**
**25 Kentwood Lane**
**Piedmont, SC 29673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Izabella Graulau**
**58 Open Range Lane**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacob Crocker**
**1510 East Yellow Wood Drive**
**Simpsonville, SC 29680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jasmine Wynn**
**17 E. Gibson Avenue**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Branyon**
**13301 Baum Place**
**Simpsonville, SC 29680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,999.43** |
|---|---|---|---|

**KEHE Distributors**
**PO Box 32082**
**New York, NY 10087-2082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kimberly J. Word**
**113 Lynn Avenue**
**Laurens, SC 29360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lea Darmati**
**260 Pelham Road A3**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leonard Sartor**
**7 Bates Lake Court**
**Fountain Inn, SC 29644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260,000.00** |
|---|---|---|---|

**Libertas Funding, LLC**
**411 West Putnam Avenue**
**Suite 220**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,198.27** |
|---|---|---|---|

**Macpherson Art**
**P.O. Box 741620**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melissa Byars**
**275 White Lillie Farm Road**
**Moore, SC 29369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Noah Crouse**
**493 Fox Run Trail**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,156.32** |
|---|---|---|---|

**Notions Marketing**
**517 Crofton Street SE**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,674.80** |
|---|---|---|---|

**Redheart**
**320 Livingston Avenue South**
**Listowel, ON**
**N4W 0C9**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,228.16** |
|---|---|---|---|

**Redstone**
**1434 Patton Place**
**#106**
**Carrollton, TX 75007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | | | Case number (if known) | **23-02298** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Riley Steele**
**59 Davis Drive**
**Ware Shoals, SC 29692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Russell Floyd**
**224 West Yellow Wood Drive**
**Simpsonville, SC 29680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Oliver**
**206 Broughton Drive**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samantha Steele**
**101 Henderson Lane**
**Laurens, SC 29360-3129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,726.53** |
|---|---|---|---|

**Spinrite Yarn**
**320 Livingston Avenue South**
**Listowel, ON**
**N4W 0C9**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,000.00** |
|---|---|---|---|

**Stag Industrial**
**1 Federal Street**
**Floor 23**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven Gomez**
**410 Keating Street**
**Unit 6119**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Hartford**
**Business Service Center**
**3600 Wiseman Blvd.**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Workman's Comp Insurance Premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas D. Steele**
**1632 Wham Lawn Road**
**Gray Court, SC 29645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Timothy A. Feusse**
**113 Dorian Drive**
**Simpsonville, SC 29680-3145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Timothy Saxon**
**17 Saco Street**
**Greenville, SC 29611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Steele**
**101 Henderson Lane**
**Laurens, SC 29360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyris Smith**
**516 Goldsmith Road**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**U.S. Small Business Administration**
**Disaster Assistance**
**Processing and Disbursement Center**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RNB Merchandise, LLC** | Case number (if known) | **23-02298** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ultra Standard Distributors**
**669 River Drive**
**Suite 308**
**Elmwood Park, NJ 07407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor Supplies - Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,056.36 |
|---|---|---|---|

**Wells Fargo Vendor Financial Services**
**PO BOX 105743**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **True Lease - DEX Imaging, LLC Lease of Canon C257iF**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Xiem Tools**
**7215 Garden Grove Blvd**
**Suite E**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor Supplies - Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DEX Imaging, LLC**<br>**1200 Woodruff Road, Suite A-3**<br>**Greenville, SC 29607** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Paychex, Inc.**<br>**220 Kenneth Drive**<br>**Rochester, NY 14623** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 136,811.39 |
| 5b. Total claims from Part 2 | 5b. + | $ 530,291.09 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 667,102.48 |

**Fill in this information to identify the case:**

Debtor name   **RNB Merchandise, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **23-02298**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Services Agreement** | |
| State the term remaining | **Amazon Lending aka Amazon P.O. Box 81226 Seattle, WA 98108-1226** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Commercial Property Lease** | |
| State the term remaining | **Stag Industrial 1 Federal Street Floor 23 Boston, MA 02110** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **Commercial Equipment Lease for forklift and electric pallet jack - Owing about $40,000.00** | |
| State the term remaining | **Verdant Capital 9987 Carver Road Suite 100 Cincinnati, OH 45242** |
| List the contract number of any government contract | |

| Debtor 1 | **RNB Merchandise, LLC** | | Case number *(if known)* | **23-02298** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease - Canon C257iF, Supplier is DEX Imaging, LLC, entered into on 04/06/2022, $65.00, Terminates on 04/06/2027.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo Vendor Financial Services PO BOX 105743 Atlanta, GA 30348** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RNB Merchandise, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **23-02298** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | Brandon Ruder | 22 Brookhaven Way<br>Simpsonville, SC 29681<br>Guarantor | Riley Steele | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.2 | Brandon Ruder | 22 Brookhaven Way<br>Simpsonville, SC 29681<br>Personal Guaranty | Bank of America | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Brandon Ruder | 22 Brookhaven Way<br>Simpsonville, SC 29681<br>Co-Buyer | Wells Fargo Vendor Financial Services | ☐ D _____<br>■ E/F __3.56__<br>☐ G _____ |
| 2.4 | Brandon Ruder | 22 Brookhaven Way<br>Simpsonville, SC 29681<br>Personal Guaranty | PIRS | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Brandon Ruder | 22 Brookhaven Way<br>Simpsonville, SC 29681<br>Personal Guaranty | BayFirst National Bank | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **RNB Merchandise, LLC** | | Case number *(if known)* | **23-02298** |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Brandon Ruder**<br>**22 Brookhaven Way**<br>**Simpsonville, SC 29681**<br>**Personal Guaranty** | **BayFirst National Bank** | ■ D  __2.5__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.7 | **Brandon Ruder**<br>**22 Brookhaven Way**<br>**Simpsonville, SC 29681**<br>**Personal Guaranty** | **BayFirst National Bank** | ■ D  __2.4__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.8 | **Brandon Ruder**<br>**22 Brookhaven Way**<br>**Simpsonville, SC 29681**<br>**Personal Guaranty** | **Verdant Commercial Capital, LLC** | ■ D  __2.15__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.9 | **Brandon Ruder**<br>**22 Brookhaven Way**<br>**Simpsonville, SC 29681**<br>**Personal Guarantor** | **Stag Industrial** | ☐ D  _____<br>☐ E/F  _____<br>■ G  __2.2__ |

**Fill in this information to identify the case:**

Debtor name     **RNB Merchandise, LLC**

United States Bankruptcy Court for the:     DISTRICT OF SOUTH CAROLINA

Case number (if known)     **23-02298**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$8,291,156.02** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$17,964,450.50** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$9,801,092.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Debtor | **RNB Merchandise, LLC** | Case number *(if known)* **23-02298** |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Marcus**<br>**P.O. Box 45400**<br>**Salt Lake City, UT 84145-0400** | **May -**<br>**$11,511.67**<br>**June -**<br>**$17,101.80**<br>**July -**<br>**$11,000.00** | **$39,613.47** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **8FIG**<br>**1717 West 6th Street**<br>**Suite 335**<br>**Austin, TX 78703** | **May -**<br>**$24,000.00**<br>**July -**<br>**$12,000.00** | **$36,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Bluevine**<br>**401 Warren Street**<br>**Redwood City, CA 94063** | **May -**<br>**$20,419.07**<br>**June -**<br>**$20,419.07** | **$40,838.14** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **BayFirst National Bank**<br>**c/o Robert C. Byrd, Esq.**<br>**Parker Poe Adams ^ Bernstein, LLC**<br>**850 Morrison Drive, Suite 400**<br>**Charleston, SC 29403** | **May -**<br>**$6,161.08**<br>**June -**<br>**$6,316.29**<br>**July -**<br>**$5,908.08** | **$18,385.45** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Kickfurther**<br>**1200 Spruce Street**<br>**Boulder, CO 80302** | **May -**<br>**$18,863.44**<br>**June -**<br>**$3,000.00**<br>**July -**<br>**$2,000.00** | **$23,863.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Libertas**<br>**411 West Putnam Avenue**<br>**Suite 220**<br>**Greenwich, CT 06830** | **May -**<br>**$45,833.50**<br>**June -**<br>**$9,000.00**<br>**July -**<br>**$5,000.00** | **$59,833.50** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **PIRS**<br>**1688 Meridian Avenue**<br>**Suite 700**<br>**Miami Beach, FL 33139** | **May -**<br>**$47,286.80**<br>**June -**<br>**$29,554.25**<br>**July -**<br>**$15,494.00** | **$92,335.05** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **SellersFunding**<br>**aka Sellersfi**<br>**1290 Weston Road**<br>**Suite 306**<br>**Fort Lauderdale, FL 33326** | **May -**<br>**$11,511.67**<br>**June -**<br>**$24,691.73**<br>**July -**<br>**$4,769.83** | **$40,973.23** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **RNB Merchandise, LLC**                                          Case number *(if known)*  **23-02298**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **SOFI Bank, NA**<br>**2750 East Cottonwood Parkway**<br>**Suite 300**<br>**Salt Lake City, UT 84121** | **May -**<br>**$815.94**<br>**June -**<br>**$815.94**<br>**July -**<br>**$815.94** | **$2,447.82** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Merchants Cash Debt Relief**<br>**211 Easat 43rd Street**<br>**7th Floor**<br>**New York, NY 10017** | **May -**<br>**$15,015.00**<br>**June -**<br>**$10,000.00**<br>**July -**<br>**$10,000.00** | **$35,015.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Debt Relief Payments** |
| 3.11. **Bank of America**<br>**100 North Tyron Street**<br>**Charlotte, NC 28255** | **May -**<br>**$675.00**<br>**June -**<br>**$675.00**<br>**July -**<br>**$675.00** | **$2,025.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **American Express**<br>**World Financial Center**<br>**200 Vesey Street**<br>**New York, NY 10285** | **May -**<br>**$17,778.34**<br>**June -**<br>**$19,993.17**<br>**July -**<br>**$7,924.92** | **$45,696.43** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Chase Bank**<br>**LA4-7200**<br>**700 Kansas Lane**<br>**Monroe, LA 71203** | **May -**<br>**$12,000.00**<br>**June -**<br>**$12,000.00**<br>**July -**<br>**$12,000.00** | **$36,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Estimates because cannot access statements due to account being closed** |
| 3.14. **Umpqua**<br>**1 SW Columbia Street**<br>**Portland, OR 97204** | **May -**<br>**$5891.87**<br>**July -**<br>**$12,204.92** | **$18,096.79** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **US Equipment**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** | **May -**<br>**$4,552.41**<br>**June -**<br>**$4,552.41**<br>**July -**<br>**$4,552.41** | **$13,657.23** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **RNB Merchandise, LLC**                                    Case number *(if known)* **23-02298**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.16. **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **June -**<br>**$2,500.00**<br>**July -**<br>**$3,000.00** | **$5,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Federal Taxes** |
| 3.17. **S.C. Department of Revenue and Taxation**<br>**Office of General Counsel**<br>**300A Outlet Pointe Boulevard**<br>Columbia, SC 29210 | **May -**<br>**$1,200.00**<br>**June -**<br>**$1,200.00**<br>**July -**<br>**$1,200.00** | **$3,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **State Taxes** |
| 3.18. **HVB Bank**<br>**aka First Citizens Community Bank**<br>**15 South Main Street**<br>Mansfield, PA 16933 | **May -**<br>**$2,500.00**<br>**June -**<br>**$2,500.00**<br>**July -**<br>**$2,500.00** | **$7,500.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Bank of America**<br>**100 North Tryon Street**<br>Charlotte, NC 28255 | **May -**<br>**$64,000.00**<br>**June -**<br>**$95,752.19**<br>**July -**<br>**$46,000.00** | **$205,752.19** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **Aetna Healthcare**<br>**2000 Riveredge Parkway**<br>Atlanta, GA 30328 | **May -**<br>**$8,200.00**<br>**June -**<br>**$8,200.00**<br>**July -**<br>**$8,200.00** | **$24,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **Brewer**<br>**3702 Prairie Lake Court**<br>Aurora, IL 60504 | **May -**<br>**$30,620.37**<br>**June -**<br>**$56,132.45**<br>**July -**<br>**$14,464.84** | **$101,217.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **BWI Company**<br>**564 Gilliam Road**<br>Greer, SC 29651 | **May -**<br>**$1,155.43**<br>**June -**<br>**$5,795.87**<br>**July -**<br>**$8,062.30** | **$15,013.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Checkers**<br>**400 West Dussel Drive**<br>Maumee, OH 43537 | **May -**<br>**$39,568.90**<br>**June -**<br>**$41,223.49**<br>**July -**<br>**$29,157.98** | **$109,950.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **RNB Merchandise, LLC**                                                     Case number *(if known)*  **23-02298**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.24. **Clover**<br>**1441 South Carlos Avenue**<br>**Ontario, CA 91761** | May -<br>$13,852.96<br>June -<br>$8,824.75 | $22,677.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **KEHE Distributors**<br>**PO Box 32082**<br>**New York, NY 10087-2082** | May -<br>$81,485.31<br>June -<br>$46,331.43<br>July -<br>$34,000.00 | $161,816.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Macpherson Art**<br>**P.O. Box 741620**<br>**Los Angeles, CA 90074** | May -<br>$3,804.48<br>June -<br>$1,489.86 | $5,294.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Notions Marketing**<br>**517 Crofton Street SE**<br>**Grand Rapids, MI 49507** | May -<br>$60,796.57<br>June -<br>$80,695.19<br>July -<br>$62,683.46 | $204,175.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Redheart**<br>**320 Livingston Avenue South**<br>**Listowel, ON**<br>**N4W 0C9**<br>**Canada** | May -<br>$21,567.84<br>June -<br>$17,973.54<br>July -<br>$1,235.00 | $40,776.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Spinrite Yarn**<br>**320 Livingston Avenue South**<br>**Listowel, ON**<br>**N4W 0C9**<br>**Canada** | May -<br>$41,771.99<br>June -<br>$26,362.98<br>July -<br>$23,901.76 | $92,036.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Ultra Standard Distributors**<br>**669 River Drive**<br>**Suite 308**<br>**Elmwood Park, NJ 07407** | May -<br>$32,908.28<br>June -<br>$39,619.74<br>July -<br>$31,658.01 | $104,186.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Xiem Tools**<br>**7215 Garden Grove Blvd**<br>**Suite E**<br>**Garden Grove, CA 92841** | May -<br>$2,393.13<br>June -<br>$11,875.98<br>July -<br>$591.60 | $14,860.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **RNB Merchandise, LLC** | | Case number *(if known)* **23-02298** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.32. | **Redstone**<br>**1434 Patton Place**<br>**#106**<br>**Carrollton, TX 75007** | **May -**<br>**$12,694.11**<br>**June -**<br>**$10,494.26**<br>**July -**<br>**$12,819.89** | **$36,008.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. | **Harris Teller**<br>**7400 South Mason Avenue**<br>**Chicago, IL 60638** | **May -**<br>**$25,020.14**<br>**June -**<br>**$17,635.66**<br>**July -**<br>**$5,525.48** | **$48,181.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Bank of America**<br>**100 North Tyron Street**<br>**Charlotte, NC 28255**<br>**Automobile Lender** | **Monthly** | **$8,100.00** | **Car Payment** |
| 4.2. | **Aetna Healthcare**<br>**2000 Riveredge Parkway**<br>**Atlanta, GA 30328**<br>**Helath Insurer** | **Monthly** | **$1,692.00** | **Health Insurance Premiums** |
| 4.3. | **Verizon**<br><br>**Cellphone Provider** | **Monthly** | **$1,440.00** | **Cellphone Payment** |
| 4.4. | **Greenville County Tax Collector**<br>**301 University Ridge**<br>**Suite 700**<br>**Greenville, SC 29601**<br>**Tax Collector** | **Annual** | **$1,200.00** | **Vehicle Tax** |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **RNB Merchandise, LLC** | Case number *(if known)* **23-02298** |
|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title
Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Miracle Hill Ministries 4900 South Pleasantburg Drive Greenville, SC 29607** | **Food, damaged goods, defective items, and other non-sellable objects** | **Various** | **$26,000.00** |
| **Recipients relationship to debtor None** | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Debtor | **RNB Merchandise, LLC** | | Case number *(if known)* **23-02298** |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Merchants Cash Debt Relief 211 Easat 43rd Street 7th Floor New York, NY 10017** | **Debt Relief Payments** | **04/26/2023 - $15,000.00 05/04/2023 - $15,015.00 06/09/2023 - $10,000.00 07/10/2023 - $10,000.00** | **$50,015.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Pohl, P.A. P.O. Box 27290 Greenville, SC 29616** | **Filing Fees - $1,738.00** | **07/26/2023** | **$1,738.00** |
| | Email or website address **Robert@POHLPA.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Pohl, P.A. P.O. Box 27290 Greenville, SC 29616** | **Attorney Fees - $8,262.00** | **07/26/2023** | **$8,262.00** |
| | Email or website address **Robert@POHLPA.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **RNB Merchandise, LLC** | Case number *(if known)* **23-02298** |
|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **40 Commerce Center<br>Greenville, SC 29615** | **February 2021 thru December 2022** |
| 14.2. | **326 Business Parkway<br>Suite D<br>Greer, SC 29651** | **March 2020 thru February 2021** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | **RNB Merchandise, LLC** | Case number *(if known)*  **23-02298** |
|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Upstate Prep, LLC<br>107 South Chase Blvd.<br>Suite A<br>Fountain Inn, SC 29644 | 107 South Chase Blvd.<br>Suite A<br>Fountain Inn, SC 29644 | General Merchandise | $1,500.00 |

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

| Debtor | **RNB Merchandise, LLC** | Case number *(if known)* | **23-02298** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Ruder Ventures, LLC**<br>**107 South Chase Blvd.**<br>**Suite A**<br>**Fountain Inn, SC 29644** | **Setup LLC for a business that never happened.** | EIN: **85-1065326**<br><br>From-To   **05/2020 until present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Ledger Medial**<br>**38 Westview Avenue**<br>**Greenville, SC 29609** | **2021 to present** |
| 26a.2. **Brandon Ruder**<br>**22 Brookhaven Way**<br>**Simpsonville, SC 29681** | **02/14/2020 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Ledger Medial**<br>**38 Westview Avenue**<br>**Greenville, SC 29609** | **2021 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Ledger Medial**<br>**38 Westview Avenue**<br>**Greenville, SC 29609** | **Books are maintained on QuickBooks (Online)** |
| 26c.2. **Brandon Ruder**<br>**22 Brookhaven Way**<br>**Simpsonville, SC 29681** | **Books are maintained on QuickBooks (Online)** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

Debtor   **RNB Merchandise, LLC**                                          Case number *(if known)* **23-02298**

| Name and address |
|---|
| 26d.1. | **Bullseye Capital Solutions, LLC**<br>**c/o Visham Samlal**<br>**6117 NW 19 Street**<br>**Pompano Beach, FL 33063** |
| 26d.2. | **Bank of Oakridge**<br>**1597 New Garden Road**<br>**Greensboro, NC 27410** |
| 26d.3. | **BayFirst National Bank**<br>**c/o Robert C. Byrd, Esq.**<br>**Parker Poe Adams ^ Bernstein, LLC**<br>**850 Morrison Drive, Suite 400**<br>**Charleston, SC 29403** |
| 26d.4. | **Umpqua**<br>**1 SW Columbia Street**<br>**Portland, OR 97204** |
| 26d.5. | **Libertas**<br>**411 West Putnam Avenue**<br>**Suite 220**<br>**Greenwich, CT 06830** |
| 26d.6. | **PIRS**<br>**1688 Meridian Avenue**<br>**Suite 700**<br>**Miami Beach, FL 33139** |
| 26d.7. | **Marcus**<br>**P.O. Box 45400**<br>**Salt Lake City, UT 84145-0400** |
| 26d.8. | **SellersFunding**<br>**aka Sellersfi**<br>**1290 Weston Road**<br>**Suite 306**<br>**Fort Lauderdale, FL 33326** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Brandon Ruder** | **08/10/2023** | **Cost Basis** |

| Name and address of the person who has possession of inventory records |
|---|
| **RNB Merchandise, LLC**<br>**107 South Chase Blvd.**<br>**Suite A**<br>**Fountain Inn, SC 29644** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | **RNB Merchandise, LLC** | Case number *(if known)* | **23-02298** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brandon Ruder** | **22 Brookhaven Way Simpsonville, SC 29681** | **Sole Member & Manager** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | **Salary, car payment, health insurance premium payment, cellphone payment, distributions, and other related matters** |
| | **Brandon Ruder 22 Brookhaven Way Simpsonville, SC 29681** | **$128,311.23** | **Various** | |
| | Relationship to debtor **Sole Member & Manager** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **RNB Merchandise, LLC** | Case number *(if known)* **23-02298** |
|---|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 30, 2023**

**/s/ Brandon Ruder**                                                    **Brandon Ruder**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re  **RNB Merchandise, LLC** _____ Case No. **23-02298**
Debtor(s)                   Chapter **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)  _____ computer diskette

(b)  _____ scannable hard copy
(number of sheets submitted _____)

(c)  **X** electronic version filed via CM/ECF

Date: **August 30, 2023** _____

**/s/ Brandon Ruder** _____
**Brandon Ruder**
Signature of Debtor

**/s/ Robert Pohl** _____
Signature of Attorney
**Robert Pohl**
**Pohl, P.A.**
**P.O. Box 27290**
**Greenville, SC 29616**
**864-233-6294**
Typed/Printed Name/Address/Telephone

**80001 SC** _____
District Court I.D. Number

Software Copyright (c) 1996-2023 Best Case, LLC- www.bestcase.com

.

8FIG
1717 WEST 6TH STREET
SUITE 335
AUSTIN TX 78703


ABIGAIL HOPKINS
910 DAVENPORT ROAD
SIMPSONVILLE SC 29680


ADONAS SULLIVAN
304 BLUE HERON CIRCLE
SIMPSONVILLE SC 29680


AETNA HEALTHCARE
2000 RIVEREDGE PARKWAY
ATLANTA GA 30328


ALIEN FINANCE, LLC
5830 E 2ND STREET
SUITE 7000
#5788
CASPER WY 82609


ALLEN FINANCE, LLC
5830 EAST 2ND STREET
SUITE 7000
#5788
CASPER WY 82609


AMAZON CAPITAL SERVICES, INC.
410 TERRY AVENUE NORTH
SEATTLE WA 98109


AMAZON LAW OFFICE FOR HOLD ON ACCOUNT
920 FIFTH AVENUE
SUITE 3300
SEATTLE WA 98104


AMAZON LENDING
AKA AMAZON
P.O. BOX 81226
SEATTLE WA 98108-1226

AMBER FERROL, AVP, SPECIAL ASSETS
BAYFIRST NATIONAL BANK
700 CENTRAL AVEUE
SAINT PETERSBURG FL 33701


AMERICAN EXPRESS
WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK NY 10285


ANGELA PERRY
6 RAISINWOOD DRIVE
SIMPSONVILLE SC 29681


ANNA JACKSON
1035 CROSS ANCHOR ROAD
WOODRUFF SC 29388


ANTHONY SURIANO
227 MAREFAIR LANE
SIMPSONVILLE SC 29680


ASHLEE S. WARE
1127 RUTHERFORD ROAD
APARTMENT 22
GREENVILLE SC 29609


ASHLEY JEFFREY
208 HILL STREET
NEW SALEM PA 15468


BANK O AMERICA
P.O. BOX 31785
TAMPA FL 33631-3785


BANK OF AMERICA
100 NORTH TYRON STREET
CHARLOTTE NC 28255


BANK OF AMERICA
P.O. BOX 45224
JACKSONVILLE FL 32232-5224

BANK OF AMERICA
PO BOX 15312
WILMINGTON DE 19850-5312


BAYFIRST NATIONAL BANK
C/O ROBERT C. BYRD, ESQ.
PARKER POE ADAMS ^ BERNSTEIN, LLC
850 MORRISON DRIVE, SUITE 400
CHARLESTON SC 29403


BAYFIRST NATIONAL BANK
ATTN: SBA SERVICING DEPARTMENT
700 CENTRAL AVENUE
SUITE 100
SAINT PETERSBURG FL 33701


BLUEVINE, INC.
401 WARREN STREET
REDWOOD CITY CA 94063


BRANDON RUDER
22 BROOKHAVEN WAY
SIMPSONVILLE SC 29681


BREWER
3702 PRAIRIE LAKE COURT
AURORA IL 60504


BWI COMPANY
564 GILLIAM ROAD
GREER SC 29651


C T CORPORATION, AS REPRESENTATIVE
330 NORTH BRAND BLVD.
SUITE 700
ATTN: SPRS
GLENDALE CA 91203


CELTIC BANK CORPORATION
268 SOUTH STATE STREET
SUITE 300
SALT LAKE CITY UT 84111

CHASE BANK
LA4-7200
700 KANSAS LANE
MONROE LA 71203


CHECKERS
400 WEST DUSSEL DRIVE
MAUMEE OH 43537


CHERYL E. FRANKLIN
190 RHONDA LANE
GRAY COURT SC 29645-3056


CLAUDIA SUTTON
16844 HWY 76 W
GRAY COURT SC 29645


CLOVER
1441 SOUTH CARLOS AVENUE
ONTARIO CA 91761


CRYSTAL MYERS
105 CIRCLE DRIVE
GREER SC 29650-2325


DAVIS WRIGHT TREMAINE, LLP
C/O GREG JOHNSON
SUITE 3300
920 FIFTH AVENUE
SEATTLE WA 98104-1610


DEX IMAGING, LLC
1200 WOODRUFF ROAD, SUITE A-3
GREENVILLE SC 29607


EILEEN C. WALLACE
416 IRBY AVENUE EXT.
LAURENS SC 29360


FASANARA CAPITAL LTD
40 NEW BOND STREET
W1S2RX
LONDON, IT

```
FASANARA SECURITISATION S.A.
ACTING ON BEHALF OF ITS COMPARTMENT L
36-38 GRAND-RUE
GRAND DUCHY OF LUXEMBOURG, LUX
L-1660


FIRST HOME BANK
9190 SEMINOLE BLVD
SEMINOLE FL 33772


GEICO
ATTN: REGION 3 UNDERWRITING
PO BOX 9105
MACON GA 31208-9105


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


HARRIS TELLER
7400 SOUTH MASON AVENUE
CHICAGO IL 60638


HATTIE LADSON
25 KENTWOOD LANE
PIEDMONT SC 29673


HUNTINGDON VALLEY BANK
AKA FIRST CITIZENS COMMUNITY BANK
15 SOUTH MAIN STREET
MANSFIELD PA 16933


HUNTINGDON VALLEY BANK
1388 WEST STREET ROAD
WARMINSTER PA 18974


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


IZABELLA GRAULAU
58 OPEN RANGE LANE
SIMPSONVILLE SC 29681
```

JACOB CROCKER
1510 EAST YELLOW WOOD DRIVE
SIMPSONVILLE SC 29680


JASMINE WYNN
17 E. GIBSON AVENUE
PORTERVILLE CA 93257


JONATHAN BRANYON
13301 BAUM PLACE
SIMPSONVILLE SC 29680


KEHE DISTRIBUTORS
PO BOX 32082
NEW YORK NY 10087-2082


KIMBERLY J. WORD
113 LYNN AVENUE
LAURENS SC 29360


LAURENS COUNTY TREASURER
P.O. BOX 1049
LAURENS SC 29360-1049


LEA DARMATI
260 PELHAM ROAD A3
GREENVILLE SC 29615


LEONARD SARTOR
7 BATES LAKE COURT
FOUNTAIN INN SC 29644


LIBERTAS FUNDING, LLC
411 WEST PUTNAM AVENUE
SUITE 220
GREENWICH CT 06830


MACPHERSON ART
P.O. BOX 741620
LOS ANGELES CA 90074


MARCUS
P.O. BOX 45400
SALT LAKE CITY UT 84145-0400

MELISSA BYARS
275 WHITE LILLIE FARM ROAD
MOORE SC 29369


MICHAEL J. GEARIN
K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE WA 98104


NOAH CROUSE
493 FOX RUN TRAIL
WOODRUFF SC 29388


NOTIONS MARKETING
517 CROFTON STREET SE
GRAND RAPIDS MI 49507


OUIBY, INC.
PO BOX 21584
BOULDER CO 80308


PAYCHEX RISK MANAGEMENT
8215 FOREST POINT BLVD.
CHARLOTTE NC 28273


PAYCHEX, INC.
220 KENNETH DRIVE
ROCHESTER NY 14623


PIRS
1688 MERIDIAN AVENUE
SUITE 700
MIAMI BEACH FL 33139


PIRS CAPITAL, LLC
C/O FOSTER & WOLKIND, P.C.
80 FIFTH AVENUE, SUITE 1401
NEW YORK NY 10011


REDHEART
320 LIVINGSTON AVENUE SOUTH
LISTOWEL, ON
N4W 0C9
CANADA

```
REDSTONE
1434 PATTON PLACE
#106
CARROLLTON TX 75007


RILEY STEELE
59 DAVIS DRIVE
WARE SHOALS SC 29692


RUSSELL FLOYD
224 WEST YELLOW WOOD DRIVE
SIMPSONVILLE SC 29680


RYAN OLIVER
206 BROUGHTON DRIVE
GREENVILLE SC 29609


S.C. DEPARTMENT OF REVENUE AND TAXATION
OFFICE OF GENERAL COUNSEL
300A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210


SAMANTHA STEELE
101 HENDERSON LANE
LAURENS SC 29360-3129


SC DEW
DOCUMENT CONTROL-BANKRUPTCY
P.O. BOX 995
COLUMBIA SC 29202-0995


SELLERSFUNDING
AKA SELLERSFI
1290 WESTON ROAD
SUITE 306
FORT LAUDERDALE FL 33326


SELLERSFUNDING CORP
450 LEXINGTON AVENUE
4TH FLOOR
NEW YORK NY 10017
```

SPINRITE YARN
320 LIVINGSTON AVENUE SOUTH
LISTOWEL, ON
N4W 0C9
CANADA


STAG INDUSTRIAL
1 FEDERAL STREET
FLOOR 23
BOSTON MA 02110


STEVEN GOMEZ
410 KEATING STREET
UNIT 6119
MORRISVILLE NC 27560


THE HARTFORD
BUSINESS SERVICE CENTER
3600 WISEMAN BLVD.
SAN ANTONIO TX 78251


THOMAS D. STEELE
1632 WHAM LAWN ROAD
GRAY COURT SC 29645


TIMOTHY A. FEUSSE
113 DORIAN DRIVE
SIMPSONVILLE SC 29680-3145


TIMOTHY SAXON
17 SACO STREET
GREENVILLE SC 29611


TYLER STEELE
101 HENDERSON LANE
LAURENS SC 29360


TYRIS SMITH
516 GOLDSMITH ROAD
SIMPSONVILLE SC 29681


U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL MN 56258

U.S. SMALL BUSINESS ADMINISTRATION
DISASTER ASSISTANCE
PROCESSING AND DISBURSEMENT CENTER
14925 KINGSPORT ROAD
FORT WORTH TX 76155


ULTRA STANDARD DISTRIBUTORS
669 RIVER DRIVE
SUITE 308
ELMWOOD PARK NJ 07407


UMPQUA
1 SW COLUMBIA STREET
PORTLAND OR 97204


UMPQUA BANK
7777 ALVARADO ROAD
SUITE 501
LA MESA CA 91942


VERDANT CAPITAL
9987 CARVER ROAD
SUITE 100
CINCINNATI OH 45242


VERDANT COMMERCIAL CAPITAL, LLC
9987 CARVER ROAD
SUITE 100
CINCINNATI OH 45242


VERDANT COMMERCIAL CAPITAL, LLC
4540 COOPER ROAD
SUITE 305
CINCINNATI OH 45242


WELLS FARGO VENDOR FINANCIAL SERVICES
PO BOX 105743
ATLANTA GA 30348


XIEM TOOLS
7215 GARDEN GROVE BLVD
SUITE E
GARDEN GROVE CA 92841