Official Form 314 (02/20)



**FILED**
at 12 O'clock & 30 min. P M

OCT 28 2024

United States Bankruptcy Court
Columbia, South Carolina

## United States Bankruptcy Court
## DISTRICT OF SOUTH CAROLINA

In re    **RNB Merchandise, LLC** ,

Debtor

Case No.  **23-02298**

Address:  **107 South Chase Blvd.
Suite A
Fountain Inn, SC 29644**

Last four digits of Social Security or Individual Tax-

Chapter  **11**

Payer-Identification (ITIN) No(s)., (if any):    **82-2076080**

Employer's Tax Identification No(s). (if any):    **82-2076080**

## Class 6B Ballot for Accepting or Rejecting Plan of Reorganization

RNB Merchandise, LLC filed a plan of reorganization dated August 2, 2024 (the Plan) for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the Disclosure Statement). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from:

Robert A. Pohl, Attorney for Debtor
POHL, PA
P.O. Box 27290
Greenville, SC 29616
Tel: (864) 233-6294
Fax: (864) 558-5291
Email: Robert@POHLBANKRUPTCY.com

Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 6B – General Unsecured Creditors under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Court at 1100 Laurel Street, Columbia, SC 29201, on or before October 30, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. A copy of your ballot should also be served upon on the attorney for the Debtor at the following address: Robert A. Pohl, Attorney for Debtor, POHL, PA, P.O. Box 27290 Greenville, SC 29616.

Official Form 314 (02/20) page 2

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 6B claim against the Debtor in the unpaid amount of Dollars ($21,913.52_____). Account Ending: 1000

Check one box only

☒ **Accepts the plan**

☐ **Rejects the plan**

Dated: October 24, 2024

Print or type name: American Express National Bank

Signature: _____ Title (if corporation or partnership) Attorney/Agent for creditor
Jordan Katz for Kenneth W. Kleppinger
Address: c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

**Return this ballot to:**

U.S. Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

**Copy of ballot to:**

Robert A. Pohl, Attorney for Debtor
POHL, PA
P.O. Box 27290
Greenville, SC 29616

BECKET & LEE LLP
16 GENERAL WARREN BOULEVARD
P.O. BOX 3001
MALVERN, PA  19355-0701

PHILADELPHIA PA 190
23 OCT 2024PM 5 L

quadient
FIRST-CLASS MAIL
IMI
$000.69
10/23/2024 ZIP 19355
043M31227264
US POSTAGE

ITEM X-RAYED
BY USMS

RECEIVED
2024 OCT 28  P 12: 30
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

U.S. Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

29201-242399